UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEGAN A. ROGERS,

        Plaintiff,

        -v-                       5:21-CV-1351

U.S. DEPARTMENT OF THE
TREASURY *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                     OF COUNSEL:

MEGAN A. ROGERS
Plaintiff, Pro Se
229 Duane Street
Syracuse, NY 13207

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On December 17, 2021, *pro se* plaintiff Megan A. Rogers ("plaintiff") filed this civil action alleging that defendants violated her rights under, *inter alia*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1983, the Americans with Disabilities Act, the Age Discrimination in Employment Act, and the implied cause of action set forth in *Bivens v. Six Unknown Named Agent of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Dkt. No. 1. Along with

her complaint, plaintiff filed motions (1) for leave to proceed *in forma pauperis* ("IFP Application") and (2) to appoint counsel.  Dkt. Nos. 3,4.

On March 28, 2022, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application, denied without prejudice her motion to appoint counsel, and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to replead.  Dkt. No. 5.  That R&R was adopted over plaintiff's objections on April 21, 2022.  Dkt. No. 8.  Thereafter, plaintiff filed an amended complaint.  Dkt. No. 9.

On July 13, 2022, Judge Lovric advised by R&R that plaintiff's amended complaint be dismissed without leave to amend as frivolous.  Dkt. No. 11.  As Judge Lovric explained, plaintiff's amended complaint remains "incoherent," leaves the reader "unable to meaningfully analyze whether, and to what extent, Plaintiff has pleaded any colorable claim," and "places an unjustified burden on the Court and, ultimately, on Defendants."  *Id*.

Plaintiff has not filed objections, and the time period in which to do so has expired.  *See* Dkt. No. 11.  Upon review for clear error, the R&R will be accepted and adopted in all respects.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED without leave to amend.

The Clerk of the Court is directed to enter a judgment accordingly and close the file.

IT IS SO ORDERED.

_____
David N. Hurd
U.S. District Judge

Dated: August 10, 2022
Utica, New York.